AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Lvilli Villa

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:06-M-33M

I, Lvilli Villa, charged in a (complaint) (petition) pending in this District with Possession of cocaine base and distribution in excess of 5 grams in violation of Title 21, U.S.C., 841(a)(1), (b)(1)(C) + (b)(1)(B), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Defendant

3/30/06
Date

Counsel for Defendant