1140082

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
LUILLI VILLA

## WARRANT FOR ARREST

Case Number: 1:06-M-34M

RECEIVED
MAR 29 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUILLI VILLA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

the knowing and intentional distribution of a mixture and substance containing cocaine base, a Schedule II controlled substance, and

the knowing and intentional possession with intent to distribute in excess of five grams of a mixture and substance containing cocaine base, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1), (b)(1)(C) & (b)(1)(B)

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

3-29-06 Providence, Rhode Island
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 03/29/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 03/30/2006 | | |