IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No. CR 06 65S |
| | ) |
| vs. | ) In violation of 21 U.S.C. §§ |
| | ) 841(a)(1), (b)(1)(B) & (b)(1)(C) |
| LUILLI VILLA | ) |

INFORMATION

The United States Attorney for the District of Rhode Island charges:

COUNT I

That on or about January 10, 2006, in the District of Rhode Island, the defendant, LUILLI VILLA, did knowingly and intentionally distribute 0.35 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT II

That on or about January 13, 2006, in the District of Rhode Island, the defendant, LUILLI VILLA, did knowingly and intentionally distribute 0.32 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT III

That on or about January 13, 2006, in the District of Rhode Island, the defendant,

LUILLI VILLA, did knowingly and intentionally distribute 0.31 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT IV

That on or about January 18, 2006, in the District of Rhode Island, the defendant, LUILLI VILLA, did knowingly and intentionally distribute 0.93 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT V

That on or about January 19, 2006, in the District of Rhode Island, the defendant, LUILLI VILLA, did knowingly and intentionally possess with intent to distribute 7.21 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

Gerard B. Sullivan
Criminal Chief
Assistant U.S. Attorney

Dated: May 12, 2006