CR 06 65 S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): KENNETH P. MADDEN

**DEFENDANT – U.S. vs.**

LUILLI VILLA

Address: 33 Fulton Street
Warwick, Rhode Island

Birth Date: 7/14/1983

☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number:

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO. 1:06-M-34M

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 1/19/2006

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNTS I-IV: 21 U.S.C. Sections 841(a)(1) & (b)(1)(C)
Distribution of a Mixture & Substance Containing Cocaine Base, a Schedule II Controlled Substance

Penalties as to each count:
20 Yrs Imprisonment; $ 1,000,000 Fine; at least 3 Yrs Supervised Release; $ 100 Special Assessment;

COUNT V: 21 U.S.C. Sections 841(a)(1) & (b)(1)(B)
Possession With Intent to Distribute Over Five (5) Grams of a Mixture & Substance Containing Cocaine Base, a Schedule II Controlled Substance

Penalties as to this count:
5-40 Yrs Imprisonment; $ 2,000,000 Fine; at least 4 Yrs Supervised Release; $ 100 Special Assessment.

Anticipated Trial Days: 3