O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
LUILLA VILLA

## WAIVER OF INDICTMENT

CR 06 65 S
CASE NUMBER:

I, LUILLA VILLA, the above named defendant, who is accused of

4 Counts of Distribution of a Mixture & Substance Containing Cocaine Base, a Schedule II Controlled Substance, in Violation of 21 U.S.C. Sections 841(a)(1) & (b)(1)(C), and

1 Count of Possession With Intent to Distribute Over Five (5) Grams of a Mixture & Substance Containing Cocaine Base, a Schedule II Controlled Substance, in Violation of 21 U.S.C. Sections 841(a)(1) & (b)(1)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 16, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Luilli Villa
Defendant

Joseph J. Voccola
Counsel for Defendant

Before ____________________
Judicial Officer