UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR 06-0065-01S |
| | : | |
| LUILLI VILLA | : | |

**DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE**

Now comes the defendant, Luilli Villa by and through counsel, and hereby moves this Honorable Court to depart downward from the proposed sentencing guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant hereby requests twenty minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 9:30 a.m. on Friday August 25, 2006. For defendant's arguments please see the accompanying memorandum of law.

Luilli Villa,
By His Attorney,

Joseph J. Voccola (Bar No. 4132)
454 Broadway
Providence, RI 02903
(401) 751-3900 (telephone)
(401) 751-8983 (fax.)

## CERTIFICATE OF SERVICE

I, undersigned, hereby certify that on the _____ day of August 2006 a true copy of the within motion was hand delivered to the following counsel of record:

Kenneth P. Madden, Esquire
First Assistant U.S. Attorney
50 Kennedy Plaza 8th Floor
Providence, RI 02903

______________________________