Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Joseph Voccola, Esq.

RE: CA CR06-065S
USA v. Emilio Villa

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 8 / 2 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

X 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

X 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other _______________

ENTER:

David L. Martin
United States Magistrate Judge
cc: Counsel of Record

Date: 8-3-06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR 06-0065-01S |
| | : | |
| LUILLI VILLA | : | |

**DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE**

Now comes the defendant, Luilli Villa by and through counsel, and hereby moves this Honorable Court to depart downward from the proposed sentencing guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant hereby requests twenty minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 9:30 a.m. on Friday August 25, 2006. For defendant's arguments please see the accompanying memorandum of law.

Luilli Villa,
By His Attorney,

Joseph J Voccola (Bar No. 4132)
454 Broadway
Providence, RI 02903
(401) 751-3900 (telephone)
(401) 751-8983 (fax.)

CERTIFICATE OF SERVICE

I, undersigned, hereby certify that on the _____ day of August 2006 a true copy of the within motion was hand delivered to the following counsel of record:

Kenneth P. Madden, Esquire
First Assistant U.S. Attorney
50 Kennedy Plaza 8th Floor
Providence, RI 02903

______________________________