UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR 06-0065-01S |
| | : | |
| LUILLI VILLA | : | |

DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE

Now comes the defendant. Luilli Villa by and through counsel, and hereby moves this Honorable Court to depart downward from the proposed sentencing guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant hereby requests twenty minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 9:30 a.m. on Friday August 25, 2006. For defendant's arguments please see the accompanying memorandum of law.

/s/ Joseph J. Voccola
Joseph J. Voccola (Bar #4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (fax)
Haddasha@joevoccolalawoffices.com