Warwick Police Department

NARRATIVE FOR DETECTIVE BRIAN R MULCAHEY

Ref: 06-143-AR

On 1/19/06, Det. Mulcahey and other members of the Warwick Police Special Operation Group, conducted an arrest of Luilli Villa in reference to active warrants for narcotics violations. Refer to Det. Forde's narrative for further information.

During the arrest, 2 keys were located on Villa. The tag on one key said "outside side door" and the tag on the other key said "1st floor back". Detectives Mulcahey and Forde interviewed Villa pertaining to the narcotics charges. Villa was read his Rights from a preprinted form, which he verbally stated that he understood and signed the form stating the same. Refer to Det. Forde's narrative for further details.

Det. Mulcahey took both keys that were located on Villa and responded to 33 Fulton St., Warwick, RI. Det. Mulcahey tried the key labeled "outside side door" on the door on the right side of the residence and it opened to a common area with 2 doors. Det. Mulcahey then tried the key labeled "1st floor back" on the door to the immediate left and it unlocked the door. Det. Mulcahey resecured both doors and Off. Viveiros maintained surveillance on the residence.

Later that day, members of the Warwick Police Special Operations Group and Uniform Patrol conducted a search warrant at 33 Fulton St., Warwick, RI utilizing the keys Det. Mulcahey tried earlier. The residence was checked and secured prior to the search. Upon searching the residence, the following items were located and photographed:

1. $1000.00 in US currency - nightstand top drawer in bedroom
2. 7.3 grams of marijuana and glass marijuana pipe - nightstand top drawer in bedroom
3. tenancy papers (rental agreement for Luilli Villa and Sprint bill), Providence Police Report - top of dresser in bedroom
4. Nextel i860 cell phone - top of nightstand in bedroom
5. Compaq iPaq pocket PC - livingroom
6. $143.00 in US currency - jeans pocket in hallway closet
8. Nike shoe box containing a digital scale, razor blades, 90 individually wrapped small plastic bags containing crack (66.2 grams), 2 plastic bags containing crack (59.2 grams), Glad sandwich bags - hallway closet
9. Feather Industries AT-9 9mm sub machine gun (s/n A90050) - bedroom closet
10. plastic bags with ripped corners - garbage can in kitchen
12. marijuana residue - garbage can in kitchen
11. cutting board with white residue - hallway closet

The residence was resecured and the search warrant was completed and a copy was given to Villa.

SUPPLEMENTAL NARRATIVE FOR DETECTIVE SAMUEL MALDONADO

Ref: 06-143-AR

During the months of December 2005 and January 2006 Detective Perkins met with a person herein referred to as a confidential informant (CI). The CI wishes to remain anonymous for fear of his/her safety and the safety of his/her family as well as to protect any future efforts in assisting law enforcement. This CI has provided information to Detective Perkins in the past which proved reliable and resulted in the arrest of an individual who violated the Rhode Island State narcotics statues in 2001.

In the month of December 2005 the CI informed Detective Perkins that a person known to him only as "T" was offering crack cocaine for sale in the Warwick area. The CI pointed out to detectives a house he/she believes "T" resides, which was 33 Fulton Street, Warwick, Rhode Island. The CI describes "T" as a light skin Hispanic male approximately 20 to 30 years old with a stocky build.

During the course of the investigation Detective Perkins, while acting in a undercover capacity , was able to place a call to "T" and arranged to purchase a quantity of cocaine from him on January 10th of 2006. Surveillance observed a heavy set Hispanic male meet with Detective Perkins at which time Detective Perkins purchased a quantity of crack cocaine from "T" for $50.00 of Warwick Police funds. Upon "T" arriving at Detective Perkins location he was operating a Silver colored Dodge pickup bearing Rhode Island commercial 203715. A registration check revealed that the Dodge pickup is registered to a James M. Cinquegrano from 193 Burbank Drive, Warwick, Rhode Island. A mug photo shot of Mr. Cingquegrano was shown to Detective Perkins and Detective Perkins indicated that Mr. Cingquegrano was not the individual who had sold the crack cocaine to him on the 10th of January.

During the second week of January surveillance at 33 Fulton Street observed the Dodge pick up truck parked at that driveway. On January 11th, 2006 Detectives Forde and Perkins while conducting surveillance at 33 Fulton Road observed the silver Dodge truck bearing RI Com. Reg. 203715 arrive at that address at approximately 1950 hours and Detective Perkins positively identified the subject who exited the vehicle as the same subject who had sold him the $50.00 worth of crack cocaine on the 10th of January. The Hispanic subject entered 33 Fulton Street utilizing the east side entrance of the dwelling.

On 1-13-06 Detectives from the Warwick Police SOG conducted surveillance on the possible address of "T" at 33 Fulton Street, Warwick, Rhode Island. Detective Perkins learned from the CI that "T" was possibly living at that address and owned and utilized a Cadillac. At Approximately 1930 hours Detectives observed a gray Cadillac parked in the driveway unoccupied at 33 Fulton Street bearing Rhode Island registration OY-970. A registration check revealed that the vehicle was registered to a Ana Delgado DOB: 7-26-65 of 48 Seabury Street, Providence, Rhode Island with a mailing address of 31 Yale Ave, Providence, Rhode Island. Detective Perkins conducted an in house computer records check of 13 Yale Ave, Providence, Rhode Island, which revealed a previous contact of a Luilli Villa DOB: 7-14-83 who had been arrested for disorderly conduct by the Warwick Police on September 2, 2005.

Sergeant Michael Forde printed the arrest photo of Lulilli Villa DOB: 7-14-83 and showed it to Detectives Perkins and Detective Perkins positively identified the individual in the photo as "T", the same individual Detective Perkins purchased crack cocaine from on the 10th and 13th of January 2006.

Warwick Police Department

SUPPLEMENTAL NARRATIVE FOR DETECTIVE SAMUEL MALDONADO

Ref: 06-143-AR

On 1-17-06 at approximately 0600 Detective Sergeant Forde and Detective Forde observed two trash barrels and a recycling bin placed at the curb located in front of 33 Fulton Street, it should be noted that that neighborhood was slated for trash pick up on that morning. At this particular time Detective Forde seized the trash from both barrels located in front of 33 Fulton Street and a later examination of that trash revealed a Cox cable bill in the name of Lisa Donovan with an address of 33 Fulton Street, floor 2. In the second trash bag Detective Forde located a laundry tag with the name Luigi Villa. These items were seized for evidence.

On 1-18-06 surveillance was conducted on 33 Fulton Street, Warwick, Rhode Island by Detective Sergeant Forde and Detective Maldonado at which time they observed a silver Cadillac bearing Rhode Island registration OY-970 parked in the driveway.

On 1-19-06 Detective Perkins placed a call to Mr. Villa's cell phone and ordered some crack cocaine. At approximately 1340 hours Mr. Villa showed up in the area of 127 Hillard Ave and was taken into custody without incident by members of the Warwick Police SOG on active warrants for four counts of delivery of cocaine. At the time of the take down Mr. Villa was operating a 1994 Cadillac bearing Rhode Island registration OY-970 the same vehicle that had been observed by Detective Sergeant Forde and Detective Maldonado on the previous night. Upon searching Mr. Villa's vehicle two bags of suspected crack cocaine were located in the front seat area. One bag weighed 3.8 grams and the other bag which contained 12 smaller individually wrapped packets of suspected crack cocaine weighed 7.5 grams. On his person two keys were located which were labeled outside side door and first floor back. Also on in his vehicle was a receipt from Payless Auto Glass.

Lisa Donovan the resident of the second floor at 33 Fulton Street stated to Officer Viveiros on 1-19-06 that the resident on the first floor is a heavy set Hispanic male, 5'10" and drives a gray Cadillac and a gray truck. Ms. Donovan stated that this Hispanic male moved into the apartment on December 22nd, 2005. Ms. Donovan believes he is the only one that resides at that apartment.

During the above surveillance periods of January 4, 6, 9, 10, 13, 17, and 18, of 2006 detectives never observe Mr. Villa spend an overnight stay at 33 Fulton Street. On these surveillance periods detectives would only observe his vehicles either a pick up bearing Rhode Island registration 20375 or a silver Cadillac bearing Rhode Island registration OY-970 which was only observed from the 17th and 18th of January in the driveway. Only on once did we observe Mr. Villa entering the dwelling in which he utilized the side door to gain entry. The curtains on the first floor are black and detectives never observed any lighting on in the residence during the night time hours. It is important to note that it is common for drug dealers after being arrested to move their stash houses to different locations to avoid law enforcement investigations and Mr. Villa was arrested in Providence on 2-28-05 for possession of over a kilo of cocaine.

Upon Mr. Villa's arrest he was subsequently transported to headquarters where he was questioned regarding the two keys which were located on his person by Detective Forde. Mr. Villa stated to Detective Forde that the keys belonged to his apartment on Yale Ave in Providence. Detective Forde asked Mr. Villa about the receipt from Payless Auto Glass which had Mr. Villa's name on it with an address of 33 Fulton Street and Mr. Villa stated that it was previous girlfriends address. It is important to note that the date on the receipt was 1-16-06. Detective Forde asked Mr. Villa what his girlfriends name was and he said Denise. When Detective Forde asked for her last name he did not know it. Detective Forde asked him if the two keys which were located on

Warwick Police Department
SUPPLEMENTAL NARRATIVE FOR DETECTIVE SAMUEL MALDONADO
Ref: 06-143-AR

his person would belong to 33 Fulton Street and he adamantly denied that they did and that they belonged to his residence on Yale Ave. in Providence.

Detective Mulcahey, without entering the residence conducted a key check at 33 Fulton Street and one key operated the lock on the side door and the other key the lock on the first floor apartment.

The crack cocaine that was purchased on the above dates by Detective Perkins and the crack cocaine that was located in the vehicle on the 19th of January were all field tested yielding positive results for cocaine.

Based on the above investigation a search warrant was prepared and signed by Judge Elaine T. Bucci.

At approximately 1725 hours the search warrant was executed by Warwick Police SOG detectives and Officer Sean Turcotte.

The following items were located in Mr. Villa's home.

1. One Feather Industries AT-9, 9MM Sub-Machine gun serial number A90050 located in the bedroom closet.
2. 90 Small baggies of crack cocaine pacgkage for sale weighing 66.2 grams, found in Nike shoebox in hallway closet.
3. 2 Small plastic baggies containing marijuana weighing 7.3 grams located in nightstand in bedroom.
4. An underminned number of plastic sandwich baggies with the corners missing found in trash can in kitchen.
5. Wooding cutting board with a white residue.
6. Small Amount of marijuana residue found wrapped in paper towel located in trash can in kitchen.
7. 2 Plastic baggies containing crack cocaine, small baggie weighed 18 grams, large baggie weighed 41.2 grams, both bags found in Nike shoebox in hallway closet.
8. $143.00 found in Jean pocket in hallway closet.
9. $1000.00 found in nightstand in bedroom.
10. Compaq pocket PC found in living room.
11. Motorola cell phone found in night stand in bedroom.
12. Tanita Digital scale found in Nike shoebox in hallway closet.
13. Razor blades found in Nike shoebox in hallway closet.
14. Nike shoebox containing Glad fold top sandwich bags.

Both the cocaine and marijaua was field tested by Detective Perkins both yeiding positive results.
All the above listed items were tagged and placed into evidence and the residence was secured at approximately 1810 hours utilizing the keys which were found on Mr. Villa at the time of his arrest.

A copy of the search warrant was provided to Mr. Villa.

See Detectives Forde, Perkins, and Mulcahey's reports for further details.

Police Department



NARRATIVE FOR CIVILIAN WALTER D WILLIAMS

Ref: 06-143-AR

On Friday, 1/20/06, at approximately 8:30 A.M., I, Walter Williams, was notified by. Lt. R. Gallucci that a sub-machine gun needed to be examined for latent prints and if processing was positive, a comparison would be necessary with the recorded impressions of an arrestee he identified as Luilli VILLA d.o.b. 7/14/83. At this time I retrieved a 9MM ruger AT-9 firearm bearing ser# A90050, from locker #3 and conveyed it to the lab for examination. The firearm was photographed with a digital camera. This firearm was equipped with two resting legs, a miniature mag-lite and and a laser pointer. The firearm also came with one empty clip (magazine) and a clip (magazine) containing 24 live 9mm rounds. The mag-lite and the laser pointer were removed from the firearm and processed along with the two clips using a cyanoacrylate fuming technique. No prints developed on these items that were of any value. The batteries were then removed from the mag-lite for further fuming with no results. The live rounds were removed from the full clip and processed with either magnetic powders or cyanoacrylate. No useable prints developed on these items. The firearm was then placed in a chamber and also exposed to cyanoacrylate fumes this time with positive results developing on the shroud of the firearm that holds the muzzle(barrel) in place. The now developed finger & palm impressions were recorded with both digital and Black & White photography. after photography was complete a digital image was enlarged for the purpose of comparing it to the recorded impressions of Luilli Villa. As a result of this examination, the developed latent fingerprint was found to originate from the left middle finger of L. Villa.

Lt. R. Gallucci was notified of this information.








GLAD
Fold-Top
Sandwich Bags | Bolsas para Sandwich con Cierre "Fold Top"
180 BAGS BOLSAS
GLAD
Fold-Top
GLAD
Fold-Top
for the protection you need to get things done.
Get Glad.


GLAD
Fold-Top
GLAD
Fold-Top
GLAD
Fold-Top