AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

USA v. Puilli Villa

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 06-065S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Kenneth Madden | Joseph Vocolla |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8-25-06 | Anne Clayton | Doreen Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/25/06 | | | W-1 Brian Macathy |
| | | | | | W-2 Samuel Maldonado |
| 4 | | | ✓ | ✓ | Photograph |
| 5 | | | ✓ | ✓ | Photograph |
| 1 | | | ✓ | Full | Photograph |
| 2 | | | ✓ | Full | Photograph |
| 3 | | | ✓ | Full | Photograph |
| 6A | | | ✓ | Full | Rental agreement |
| 6B | | | ✓ | Full | Providence Police offense Report |
| 6C | | | ✓ | Full | Bill Document in Enevolpe |
| 7 | | | ✓ | Full | BCI Record Inquiry |
| | | | | | W-3 Walter Williams |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

... 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. Lulli Villa | DOCKET NO. CR06-65S |
| --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 8 | | 8/25/06 | ✓ | Full | Photograph |
| 9 | | | ✓ | Full | Photo of left middle finger print |
| 10 | | | ✓ | | Photograph |
| 11 | | | ✓ | Full | Photograph |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |