# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR06-65S***

*To:* *Warden*
*ACI*
*Cranston, RI 02920*

YOU ARE HEREBY COMMANDED, to have the **body** of **Luilli Villa**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **25th** day of **August, ~~6~~, 2006** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED
JUN 0 5 2006
US MARSHALS
RHODE ISLAND

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: June 5, 2006.

David A. DiMarzio, Clerk

Sentencing

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

*By* ***Doreen Baldinelli - Deputy Clerk***