UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : C.R. NO.: 06-00065-01S
:
LUILLI VILLA :

MOTION FOR SENTENCE REDUCTION PURSUANT
18 U.S.C. § 3582 (C)(2) AND U.S.S.G §§ 1B1.10.2 D 1.1

Now comes the defendant, LUILLI VILLA who moves that this Honorable Court reduce his sentence pursuant to the previously of 18 U.S.C. § 1B1.1 (C) and 2D 1.1. In further support of this motion, the Defendant hereby incorporates by reference the attached memorandum of law in support of the Motion for Sentence Reduction.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

/s/ Thomas F. Connors
Thomas F. Connors, Esq. (Bar # 2108)
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax)

## CERTIFICATION

I hereby certify that a true copy of the within was electronically mailed to the United States District Court, District for Rhode Island, Office of the Clerk, One Exchange Terrace Providence, RI 02903, www.rid.uscourts.gov , and to Louis Matos, Assistant US Attorney General's Office, 50 Fleet Center 8th Floor, Providence, RI 02903 on this _____ day of May, 2008.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq. (Bar # 4132)
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

/s/ Thomas F. Connors
Thomas F. Connors, Esq., (Bar #2108)
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax)