AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
Luilli Villa

Case No: 1:06CR00065-01S
USM No: ________

Date of Previous Judgment: August 25, 2006
(Use Date of Last Amended Judgment if Applicable)

Joseph J. Voccola, Esquire Thomas Connors, Esquire
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of √ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❐ DENIED. √ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months **is reduced to** 68 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 87 to 108 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

The reduced sentence is within the amended guideline range.

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

√ Other (explain): "The previous term of imprisoment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a variance under 18 USC 3553(a), as the Court determined a guideline sentence was greater than necessary to meet the sentencing objectives. The reduced sentence is comparably less than the amended guideline range."

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 8/25/2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/10/08

Judge's signature

Effective Date: ________
(if different from order date)

Wm Smith
Printed name and title

USDJ